AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

NORTHERN DISTRICT OF NEW YORK

U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
MAR 29 2007
AT_____O'CLOCK_____
Lawrence K. Baerman, Clerk - Syracuse

UNITED STATES OF AMERICA

v.

KEVIN J. GREEN
(Name and Address of Defendant)

CRIMINAL COMPLAINT

Case Number: 5:07-MJ-102 (GJD)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about  March 22, 2007  in  Onondaga County, in the Northern District of New York defendant did, (Track Statutory Language of Offense)

by force or violence, or by intimidation, take from the person or presence of another, any property or money belonging to, or in the care, custody, control, management, or possession of, any bank or credit union

in violation of Title  18 , United States Code, Section(s)  2113(a) & (d)

I further state that I am a(n)  FBI Special Agent  and that this complaint is based on the following facts:
Official Title

Continued on the attached sheet and made a part hereof:  ☒ YES  ☐ NO

Frederick E. Bragg
Signature of Complaint

Sworn to before me, and subscribed in my presence,

March 29, 2007                                       at    Syracuse, New York
Date                                                              City and State

Hon. Gustave J. DiBianco
United States Magistrate Judge
Name and Title of Judicial Officer                         Signature of Judicial Officer

NORTHERN DISTRICT OF NEW YORK

SYRACUSE, NEW YORK

State of NEW YORK

County of ONONDAGA

AFFIDAVIT

1. I, FREDERICK E. BRAGG, duly state that I am a Special Agent with the Federal Bureau of Investigation (FBI) assigned to the Syracuse Resident Agency. I have been so employed since July, 1991. My assignments include investigating violations of Federal Law, specifically violent criminal offenses.

2. I am the FBI case agent assigned to the robbery that occurred at the ACMG Federal Credit Union, 1753 Milton Avenue, Solvay, New York on March 22, 2007. The information provided in this affidavit is from personal knowledge and from information received from other law enforcement officers involved in this investigation.

3. On Thursday, March 22, 2007, at approximately 4:15 PM, an individual entered the ACMG Federal Credit Union, 1753 Milton Avenue, Solvay, New York, and entered the customer line. A few moments later, the subject approached a credit union teller and presented a note that was written on the back side of a check. The note read, "This is a robbery, give me the money." The subject then grabbed the right wrist of the victim teller. The subject then reached over the counter with his free hand and took currency from the teller's open

1

cash drawer. As he was grabbing the money, the subject stated, words to the effect of, "Give me those bills there." The subject then ran out of the credit union.

4. An audit conducted by credit union employees subsequent to the robbery revealed that the loss was $850.00 in federally insured credit union funds.

5. The demand note utilized during this robbery was written on the back of a check in the name of Carol S. Green of Syracuse, New York.

6. Carol S. Green's husband is Kevin J. Green, date of birth 4/17/1961. A criminal history check of Kevin J. Green reveals numerous previous felony convictions in the State of New York, including a 2000 felony conviction for a robbery of a bank in the Town of Dewitt. Kevin S. Green fits the description provided by witnesses at the credit union.

7. A photographic spread containing Kevin J. Green was prepared by detectives of the Onondaga County Sheriff's Department (OCSD). This spread was individually shown to the victim teller as well as other witnesses at the credit union. All positively identified Kevin J. Green as the person responsible for the 4/22/2007 robbery of the ACMG Federal Credit Union in Solvay, New York.

8. On March 23, 2007, Kevin J. Green was contacted by OCSD Detectives. After being provided his Miranda warnings, Green admitted that he was responsible for the robbery of the ACMG Federal Credit Union on March 22, 2007. Green provided a voluntary affidavit regarding the incident.

9. The deposits of the ACMG Federal Credit Union are insured

2

by the National Credit Union Administration (NCUA).

_[signature]_
Frederick E. Bragg
Special Agent
Federal Bureau of Investigation
Syracuse, New York

Subscribed and sworn to before me this **29th** day of **March**, **2007**

_[signature]_
U.S. Magistrate

3